Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−82267

IN THE MATTER OF:
Robert James Strople   xxx−xx−3275
3809 Hillgrand Drive
Durham, NC 27705

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 2/25/10 at 11:00 AM

to consider and act upon the following:

Objection to Debtor's Claim for Property Exemptions Filed by Trustee Richard M. Hutson II.


Dated: 2/10/10                                                                                                                         OFFICE OF THE CLERK/ sad

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.