C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-09-82267 C-13D
Robert J. Strople )
)
)
Debtor(s) )

## ORDER SUSTAINING STANDING TRUSTEE'S
## OBJECTION TO DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS

On March 22, 2010, a hearing was held on Objection by the Standing Trustee to the Debtor's Claim for Property Exemptions. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor; Benjamin E. Lovell, Esq., attorney for the Standing Trustee appeared; and, no other party appeared. The Court, after considering the Objection and having heard and considered the statements of the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. The Standing Trustee's Objection to the Debtor's Claim for Property Exemptions is sustained.

2. The Debtor shall have 30 days from March 22, 2010, within which to amend his Claim for Property Exemptions or confirmation of this case shall be denied and the case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-82267 C-13D**

Robert J. Strople
3809 Hillgrand Dr.
Durham, NC  27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702